Paul J. Lopach
BRYAN CAVE LEIGHTON PAISNER LLP
1700 Lincoln Street, Suite 4100
Denver, Colorado  80203-4541
Telephone:  (303) 861-7000
Facsimile:  (303) 866-0200
Email:         paul.lopach@bclplaw.com
*Attorney for Defendant Signal Peak Energy*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## BILLINGS DIVISION

| | |
|---|---|
| JUSTIN COWGER,<br><br>                    Plaintiff,<br><br>v.<br><br>SIGNAL PEAK ENERGY, a Montana Corporation,<br><br>                    Defendants. | 1:21-cv-00099-SPW-TJC<br><br>**DEFENDANT SIGNAL PEAK ENERGY LLC'S FRCP 7.1 CORPORATE DISCLOSURE STATEMENT** |

Defendant Signal Peak Energy, LLC ("Signal Peak"), is a nongovernmental corporate party to the above-captioned proceeding and makes the following Corporate Disclosure Statement in accordance with Federal Rule of Civil Procedure 7.1.  Defendant, by and through its undersigned counsel, certify the following information with regard to its corporate parent:

Signal Peak Energy, LLC is a wholly owned subsidiary of Global Mining Group, LLC.  Global Mining Group, LLC owns 100% of Signal Peak Energy, LLC.  Global Mining Group, LLC is a wholly owned subsidiary of Global Mining Holding Company, LLC.  Global Mining Holding Company, LLC is owned in

USA.604194341.1/MMN

equal parts by Boich Companies, Pinesdale, LLC, and FirstEnergy Corp. Boich Companies and Pinesdale, LLC are privately owned companies. First Energy Corp. is a publicly traded company that owns one third (1/3) of Global Mining Holding Company, LLC.

Respectfully submitted this 20th day of September, 2021.

By: */s/ Paul J. Lopach*
Paul J. Lopach
BRYAN CAVE LEIGHTON PAISNER LLP
*Attorneys for Defendant Signal Peak Energy, LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 20, 2021, the attached document was filed with the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to:

Matthew D. Braukmann
Braukmann Law, PLLC
993 S. 24th St. W Suite C
Billings, MT 59102
Tel: 406-412-2169
matt@braukmannlaw.com
*Attorney for Plaintiff*

                                            *s/ Paul J. Lopach*
                                            Paul J. Lopach