IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| JUSTIN COWGER, <br><br> Plaintiff, <br><br> vs. <br><br> SIGNAL PEAK ENERGY, a Montana Corporation, <br><br> Defendant. | CV 21-00099-BLG-SPW <br><br> ORDER |

Upon the Stipulation of Dismissal with Prejudice (Doc. 53) between the parties hereto, by and between their counsel of record,

**IT IS HEREBY ORDERED** that the above-entitled cause is **DISMISSED WITH PREJUDICE**, with each party to bear his or its own costs and attorney's fees.

**IT IS FURTHER ORDERED** that the Final Pretrial Conference set for July 3, 2024 at 1:30 p.m. and the trial set for July 29, 2024 are **VACATED.**

The Clerk of Court is directed to notify the parties of the making of this Order.

DATED this 4th day of January, 2024.

SUSAN P. WATTERS
U. S. DISTRICT JUDGE

1